| | |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-cr-04287-JLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING TO OCTOBER 9, 2015** |
| v. | |
| LEONARD GLENN FRANCIS (1), GLENN DEFENSE MARINE (ASIA) PTE LTD (3), | |
| Defendants. | |

The Court finds the Joint Motion to Continue the Sentencing Hearing to October 9, 2015 to be well-taken and unopposed, and hereby orders that the motion is GRANTED. The sentencing hearing for Leonard Glenn Francis and Glenn Defense Marine (Asia) Pte Ltd shall be continued from April 3, 2015 to October 9, 2015 at 9:00 a.m. in Courtroom 4A.

**IT IS SO ORDERED.**

Dated: February 25, 2015

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

**ORDER CONTINUING SENTENCING HEARING**  3:13- cr-04287-JLS