Devin Burstein & Katie Jenkins
WARREN & BURSTEIN
CA State Bar Nos. 255389, 307255
501 West Broadway, Suite 240
(619) 234-4433
db@wabulaw.com
kj@wabulaw.com

Attorneys for Defendant Francis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD GLENN FRANCIS,<br>GLENN DEFENSE MARINE ASIA,<br><br>Defendants. | Case No.:  13cr3781-JLS, 13cr3782-JLS,<br>13cr4287-JLS<br><br>Joint motion to continue sentencing |

The parties jointly move to continue the sentencing hearings in the above matters from March 26, 2021, at 9:00 a.m. to September 25, 2021, at 9:00 a.m.

So moved.

Dated: February 2, 2021           /s/ *Devin Burstein & Katie Jenkins*
                                   Devin Burstein & Katie Jenkins
                                   Warren & Burstein
                                   Attorneys for Mr. Francis

Dated: February 2, 2021           /s/ *Mark Pletcher*
                                   Mark Pletcher
                                   Assistant United States Attorney

<u>Signature authorization</u>

I certify the above attorneys are aware of the content of this motion and have authorized me to sign on their behalf.

Dated: February 2, 2021                                      /s/ *Katie Jenkins*
                                                                              Katie Jenkins