RANDY S. GROSSMAN
United States Attorney
DAVID CHU (CA Bar No. 242046)
MARK W. PLETCHER (CO Bar No. 034615)
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-9714

FILED
JAN 2 0 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY GGV        DEPUTY
NUNC PRO TUNC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 13-CR-3781-JLS |
|---|---|
| v. | No. 13-CR-3782-JLS |
|  | No. 13-CR-4287-JLS |
| DAVID NEWLAND, ET AL., | **MOTION TO UNSEAL DOCUMENTS** |
| Defendants. |  |

At the motion in limine hearing on September 2, 2021, the Court ordered the United States to disclose to the Defendants orders granting and extending the medical furlough of Leonard Francis, as well as the transcripts of the hearings on this issue, subject to redaction of Mr. Francis's medical condition and treatment. The Court had previously issued two orders partially unsealing such documents. Consistent with the Court's order, the United States hereby moves to unseal the remaining documents, as set forth in Exhibit A.

DATED: January 18, 2022

Respectfully submitted,
RANDY S. GROSSMAN
United States Attorney

/s/ David Chu
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 20, 2022

HON. JANIS L. SAMMARTINO
United States District Judge